UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Case No.: 1:21-cv-08113
CASSANDRA PIERRE,

                              Plaintiff,

    -against-                              **REQUEST FOR WITHDRAWAL OF APPEARANCE OF ATTORNEY COSENTINO**

TUSK ENTERPRISES, LLC d/b/a RHINO
MEDICAL SERVICES AND HOSPITALISTS PLUS,
PREMISE HEALTH, and THE GOLDMAN SACHS
GROUP, INC.,

                              Defendants.
------------------------------------------------------------------X
To the Clerk of the Court and All Parties of Record:

      I, Steven Fingerhut, a Partner at Phillips & Associates, Attorneys at Law, PLLC, respectfully request that the appearance of Robert E. Cosentino, Esq. as counsel for Plaintiff in the above-captioned action be withdrawn and further request that his name be removed from the Court's parties' service lists. Mr. Cosentino is no longer employed with Phillips & Associates effective January 19, 2022. The law firm of Phillips & Associates continues to serve as exclusive counsel for Plaintiff and all future correspondence and papers in this action should be directed to the undersigned.

Dated:  New York, New York
           January 28, 2022

                                                          **PHILLIPS & ASSOCIATES,
ATTORNEYS AT LAW, PLLC**

                                         By:    */s/ Steven Fingerhut*
                                                      Steven Fingerhut
                                                      *Attorneys for Plaintiff*
                                                      45 Broadway, Suite 430
                                                      New York, New York 10006
                                                      T: (212) 248-7431
                                                      F: (212) 901-2107
                                                      sfingerhut@tpglaws.com

TO: Robert Weissflach
Harter, Secrest & Emery, LLP
*Attorneys for Defendant Tusk Enterprises*
50 Fountain Plaza, Suite 1000
Buffalo, New York 14202
T: (716) 845-4207
rweissflach@hselaw.com

Keith Gutstein
Kaufman, Dolowich & Voluck, LLP
*Attorneys for Defendant Premise Health*
60 Broad Street
New York, New York 10004
T: (516) 681-1100
kgutstein@kdvglaw.com

Jesse Grasty
Nukk-Freeman & Cerra, P.C.
*Attorneys for Defendant Goldman Sachs*
26 Main Street, Suite 202
Chatham, New Jersey 07928
T: (973) 665-9100
jgrasty@nfclegal.com